# Third District Court of Appeal
## State of Florida

Opinion filed May 22, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0547
Lower Tribunal Nos. F90-11516, F96-5572, F12-11805
_____

**Johnny C. Brady,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Johnny C. Brady, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.